**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: November 29, 2010**

_____

BK1011601
SJB

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

| | |
|---|---|
| IN RE: | Case No. 10-61166 |
| David R. Bartlett | Chapter 7 |
| | Judge Caldwell |
| Debtor | |
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET #14) FOR PROPERTY LOCATED AT (40 CLEVENGER AVENUE MOUNT STERLING , OH 43143)** |

This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by U.S. Bank, N.A. on November 1, 2010 as document number 14. Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, The Trustee, and all other necessary parties were served with the Motion and the Notice required by LBR 9013-1(a). No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 40 Clevenger Avenue  Mount Sterling, OH 43143.

**IT IS THEREFORE ORDERED:**

The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

**SO ORDERED**

/s/ Erin A Jochim
Erin A Jochim, Case Attorney
Bar Registration No.0077062
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

Kelli Bartlett
1106 Solid Rock Blvd.
Washington Court House, OH 43160
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Chase Bank
c/o CT Corporation System
1300 East 9th Street, Suite 1010
Cleveland, OH 44114
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

###